**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7539

ERIC GLENN BANKS,

Plaintiff - Appellant,

versus

P. NEAL, CO II; WILLIAM WHEATLEY, CO II,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-97-1141-S)

Submitted: March 26, 1998          Decided: April 7, 1998

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Glenn Banks, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Wendy Ann Kronmiller, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Banks v. Neal</u>, No. CA-97-1141-S (D. Md. Sept. 24 & Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2